July 10, 2022.



Cause No. DC-21-128

FILED
08/03/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 22-0413

FILED
AUG 02 2022
Bowen Greenwood
Clerk of Supreme Court
State of Montana

To whom it may concern:

My name is Nicholas Platz. I am writing in regards to a pending legal matter in Butte-Silverbow county, Cause No. DC-21-128. I am writing to ask this court to exercise supervisory control over this case. There are several issues in the case that the District Court has failed or refused to acknowledge. On April 23, 2021 I was arrested for probation violation and charged with possession of dangerous drugs. I was not arraigned until August 26, 2021. As of today's date, July 10, 2022, This is the ONLY court apperance that I have had. I have sent countless letters to the clerk of District court asserting my right to fair and speedy trial as well as requesting a hearing to have new counsil appointed because There has been an irreperable breakdown in communication between myself and my current cousil. These letters seem to be ignored because no hearing for substitution of cousil has been held and the latest update that I recieved was that trid had AGAIN been continued several months. These issues are a direct violation of my Constitutional right to due process and to effective counsil. The second

issue that I feel needs to be review is a denial of my motion to dismiss due to impermissible delay. On February 1, 2022, my counsil filed a motion to dismiss my case due to impermissible delay. His argument was based on the state's failure to have me arraigned as well as the state's failure to vigorously prosecute the case. The burden to prosecute and get me to trial falls on the state, not me. At some point after briefing this motion was denied, I was not given a reason why so I am unable to point out any issues with it's denial because I don't know the reasoning behind denial. I believe that the length of time without being present in court, the denial of my motion to dismiss, the court's failure to hold a hearing for new counsil, the court ingnoring my request for a fair and speedy trial, my inability to get into contact with my attorney, and the state's failure to prosecute this case in a timely manner are all violations of my Constitutional rights and right to due process. My case meets not only one but two of the three criteria and also involes purely legal questions.

The court is proceeding under a mistake of law and is causing a gross

injustice. The District court made a mistake by denying my motion to dismiss, the delay is impermissible, and the delay continues to grow every day this case continues. This is a gross injustice that violates my Constitution right to due process.

Constitutional issues of a state-wide importance are involved. The District Court failing to hold a hearing for new counsil violates my right to effective counsil. The District Court ignoring my request for a fair and speedy trial violates my constitutional right to a fair and speedy trial. The District Court granting continuances to the case violates my right to due process. Several of my constitutional rights being violated means that constitutional issues of state-wide importance are involved.

Based upon these issues it is of great necessity that this court exercise supervisory control over this case. Thank you for your time and consideration in this matter.

Sincerily,

Nicholas Platz

# CERTIFICATE OF SERVICE

I certify that I filed this

☒ **Petition**

☐ Motion

☐ Other _____

*[Name of document]*

with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any other party not represented by counsel as follows:

*State of Montana*
*[Name of opposing counsel]*

*Attorney General*

*PO Box 201401 Helena MT 59620*
*[Address]*

Counsel for *State of Montana*

_____
*[Other party representing himself or herself]*

_____
*[Address]*

DATED this *21* day of *July*, 20 *22*.


*[Signature]*

*Nicholas von Platz*
*[Print name]*

© Montana Supreme Court